STERN, VAN VLECK & McCARRON, LLP
John C. McCarron, State Bar No. 225217
925 L Street, Suite 850
Sacramento, California 95814
Telephone: (916) 442-1298
Fax No.: (916) 341-0849

Attorneys for Defendant
FIRSTCARD ATM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL BIANCANELLO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRSTCARD ATM, INC., FIRSTCARD FINANCIAL SERVICES, INC., FIRST AMERICAN PAYMENT SYSTEMS, L.P.; and DOES 1-10, inclusive<br><br>Defendants. | CASE NO. 1:11-CV-00319-LJO-DLB<br><br>**SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT FIRSTCARD ATM, INC. TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Scheduling Conf.: May 31, 2011<br>Time: 9:00 a.m.<br><br>Action Filed: February 22, 2011<br>Trial Date: TBD |

Plaintiff MICHAEL BIANCANELLO and Defendant FIRSTCARD ATM, INC., (hereinafter "FIRSTCARD") by their undersigned counsel, hereby stipulate and agree to the following:

1. Plaintiff filed the Complaint in this matter on February 22, 2011.

2. Defendant FIRSTCARD ATM, INC. was served with the Complaint and Summons on March 8, 2011.

3. Plaintiff and Defendant FIRSTCARD previously agreed to extend the original answer deadline to April 12, 2011.

///

4. Plaintiff continues to investigate its claims against Defendant FIRSTCARD in an attempt

1

to resolve the matter amicably with them.

    5.  Defendant FIRSTCARD and Plaintiff have agreed to an extension of time until April 26, 2011, for Defendant FIRSTCARD to answer, move, or otherwise respond to Plaintiff's Class Action Complaint.

    Accordingly, the parties hereby STIPULATE, and the Court hereby ORDERS, that Defendant FIRSTCARD shall have an extension of time until April 26, to answer, move, or otherwise respond to Plaintiff's Class Action Complaint.

Respectfully submitted by:

Dated: April 12, 2011        STERN, VAN VLECK & McCARRON, LLP

                              By:   /s/ John C. McCarron
                                   John C. McCarron
                                   Attorneys for FIRSTCARD ATM, INC.

Dated: April 12, 2011        PACIFIC COAST LAW GROUP

                              By:   /s/ Mark A. Golovach (as authorized on April 12, 2011)
                                   Mark A. Golovach
                                   Attorneys for MICHAEL BIANCANELLO

Dated: April 12, 2011        TRAVIS, CALHOUN & CONLON, P.C.

                              By:   /s/ Eric G. Calhoun (as authorized on April 12, 2011)
                                   Eric G. Calhoun
                                   Attorneys for MICHAEL BIANCANELLO

///

///

///

///

Dated: April 12, 2011        DEAL COOPER & HOLTON, PLLC

                                      By:    /s/ B.J. Wade (as authorized on April 12, 2011)
                                               B.J. Wade
                                               Attorneys for MICHAEL BIANCANELLO

IT IS SO ORDERED.

    Dated:   **April 18, 2011**                       /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE