Steven A. Browne (SBN 214444)
sbrowne@brownelawfirm.com
THE BROWNE LAW FIRM
520 Broadway, Suite 350
Santa Monica, CA 90401
Telephone: 310-496-4310
Facsimile: 310-496-4491

Derek W. Edwards (SBN 210636)
derek.edwards@wallerlaw.com
WALER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: 615-244-6380
Facsimile: 615-244-6804

*Attorneys for Defendants,
First American Payment Systems, L.P. and
Firstcard Financial Services, Inc.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MICHAEL BIANCANELLO,<br><br>    Plaintiff,<br><br>    vs.<br><br>FIRSTCARD ATM, INC., *et al.,*<br><br>    Defendants. | Case No.:  1:11-CV-00319-LJO-DLB<br><br>**SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Scheduling Conference: May 31, 2011<br>Time: 9:00 a.m.<br>Dennis L. Beck, U.S. Magistrate Judge |

Plaintiff MICHAEL BIANCANELLO and Defendants FIRST AMERICAN PAYMENT SYSTEMS, L.P. (hereinafter "FAPS") and FIRSTCARD FINANCIAL SERVICES, INC. (hereinafter "FFS)" hereby stipulate to the following:

    1.    Plaintiff filed the Complaint in this matter on February 22, 2011.

2. Defendants FAPS and FFS were served with the Complaint and Summons on March 8, 2011.

3. Plaintiff and Defendants FAPS and FFS previously agreed to extend the original answer deadline to April 12, 2011.

4. Plaintiff continues to investigate its claims against Defendants FAPS and FFS in an attempt to resolve the matter amicably with them.

5. Defendants FAPS and FFS and Plaintiff have agreed to an extension of time until April 26, 2011, for Defendants FAPS and FFS to file a response to the Complaint.

Accordingly, the parties hereby STIPULATE, and the Court hereby ORDERS, that Defendants FAPS and FFS shall have an extension of time until April 26, 2011, to file a response to the Complaint.

Respectfully submitted by:

Dated: April 12, 2011

WALLER, LANSDEN, DORTCH & DAVIS, LLP

s/Derek W. Edwards
Derek W. Edwards (Cal. Bar No. 210636)
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee  37219-8966
Telephone:     (615) 244-6380
Facsimile:      (615) 244-6804
Email:             derek.edwards@wallerlaw.com

*Attorneys for Defendants First American Payment Systems, L.P. and Firstcard Financial Services, Inc.*

Dated:  April 12, 2011

THE BROWNE LAW FIRM

s/Steven A. Browne
Steven A. Browne (Cal. Bar No. 214444)
520 Broadway
Suite 350
Santa Monica, California  90401
Telephone:	(310) 496-4310
Facsimile:	(310) 496-4491
Email:	sbrowne@brownelawfirm.com

*Local Counsel for Defendants First American Payment Systems, L.P. and Firstcard Financial Services, Inc.*

Dated:  April 12, 2011

PACIFIC COAST LAW GROUP

s/Mark A. Golovach
(as authorized on April 11, 2011)
Mark A. Golovach (Cal. Bar No. 220760)
501 W. Broadway
Suite 800
San Diego, California  92101
Telephone:	(619) 400-4895
Facsimile:	(619) 684-3601
Email:	markg@pacificcoastlawgroup.com

*Attorneys for Plaintiff Michael Biancanello*

Dated:  April 12, 2011

TRAVIS, CALHOUN & CONLON, P.C.

s/Eric G. Calhoun
(as authorized on April 11, 2011)
Eric G. Calhoun Texas Bar No. 03638800)
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas  75244
Telephone:	(972) 934-4100
Facsimile:	(972) 934-4101
Email:	eric@travislaw.com

*Attorneys for Plaintiff Michael Biancanello*

**SECOND STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

Dated: April 12, 2011

                                                        DEAL COOPER & HOLTON, PLLC

                                                        s/B.J. Wade
                                                        (as authorized on April 11, 2011)
                                                        B.J. Wade (TN Bar No. 05182)
                                                        296 Washington Avenue
                                                        Memphis, Tennessee  38103
                                                        Telephone:    (901) 523-2222
                                                        Facsimile:     (901) 523-2232
                                                        Email:         bwade@dchlaw.com

                                                       *Attorneys for Plaintiff Michael Biancanello*

IT IS SO ORDERED.

      **Dated:**   **April 18, 2011**                      **/s/ Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE

4245983.3                                           - 4 -

**SECOND STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**