STERN, VAN VLECK & McCARRON, LLP
John C. McCarron, State Bar No. 225217
925 L Street, Suite 850
Sacramento, California 95814
Telephone: (916) 442-1298
Fax No.: (916) 341-0849

Attorneys for Defendant
FIRSTCARD ATM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL BIANCANELLO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRSTCARD ATM, INC., FIRSTCARD FINANCIAL SERVICES, INC., FIRST AMERICAN PAYMENT SYSTEMS, L.P.; and DOES 1-10, inclusive<br><br>Defendants. | CASE NO. 1:11-CV-00319-LJO-DLB<br><br>**THIRD STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT FIRSTCARD ATM, INC. TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Scheduling Conf.: May 31, 2011<br>Time: 9:00 a.m.<br><br>Action Filed: February 22, 2011<br>Trial Date:    TBD |

Plaintiff MICHAEL BIANCANELLO and Defendant FIRSTCARD ATM, INC., (hereinafter "FIRSTCARD") by their undersigned counsel, hereby stipulate and agree to the following:

1. Plaintiff filed the Complaint in this matter on February 22, 2011.

2. Defendant FIRSTCARD ATM, INC. was served with the Complaint and Summons on March 8, 2011.

3. Plaintiff and Defendant FIRSTCARD have twice stipulated to extend the deadline for Defendant FIRSTCARD to respond to the Complaint, most recently extending that deadline to April 26, 2011.

4. Plaintiff and Defendant FIRSTCARD have been informally exchanging information in an effort to resolve the matter amicably, prior to spending additional resources on litigation.

5. Defendant FIRSTCARD and Plaintiff request that the court allow an additional extension of time until May 10, 2011, for Defendant FIRSTCARD to answer, move, or otherwise respond to Plaintiff's Class Action Complaint. Defendant FIRSTCARD and Plaintiff believe that this additional extension of time may result in a resolution of the claims against Defendant FIRSTCARD.

Accordingly, the parties hereby STIPULATE, and the Court hereby ORDERS, that Defendant FIRSTCARD shall have an extension of time until May 10, 2011, to answer, move, or otherwise respond to Plaintiff's Class Action Complaint.

Respectfully submitted by:

Dated: April 26, 2011          STERN, VAN VLECK & McCARRON, LLP

                               By: /s/ John C. McCarron
                                   John C. McCarron
                                   Attorneys for FIRSTCARD ATM, INC.

Dated: April 26, 2011          PACIFIC COAST LAW GROUP

                               By: /s/ Mark A. Golovach (as authorized on April 26, 2011)
                                   Mark A. Golovach
                                   Attorneys for MICHAEL BIANCANELLO

Dated: April 26, 2011          TRAVIS, CALHOUN & CONLON, P.C.

                               By: /s/ Eric G. Calhoun (as authorized on April 26, 2011)
                                   Eric G. Calhoun
                                   Attorneys for MICHAEL BIANCANELLO

///

///

///

1 | Dated: April 26, 2011                DEAL COOPER & HOLTON, PLLC

By: /s/ B.J. Wade (as authorized on April 26, 2011)
    B.J. Wade
    Attorneys for MICHAEL BIANCANELL

IT IS SO ORDERED.

Dated:  **April 26, 2011**                  /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE

THIRD STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME