IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BIANCANELLO, | CASE NO. CV F 11-0319 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS CLAIMS** |
| vs. | (Docs. 19-21.) |
| FIRSTCARD ATM, INC., et al., | |
| Defendants. | |

Based on the parties' stipulations for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES without prejudice plaintiff's claims against defendants Firstcard Financial Services, Inc. and First American Payment Systems, L.P.; and

2. DISMISSES without prejudice defendant First American Payment Systems, L.P.'s claims against plaintiff.

This Court DIRECTS the clerk not to close this action in that this order does not dismiss plaintiff's remaining claims against defendant Firstcard ATM, Inc.

IT IS SO ORDERED.

**Dated:   May 13, 2011**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1