UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BIANCANELLO, | CASE NO. CV F 11-0319 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 23.) |
| FIRSTCARD ATM, INC., et al., | |
| Defendants. / | |

The parties' counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than June 28, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the May 31, 2011 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   May 26, 2011**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE