IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BIANCANELLO, | CASE NO. CV F 11-0319 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 25.) |
| FIRSTCARD ATM, INC., et al., | |
| Defendants. / | |

Based on the remaining parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice plaintiff's individual claims;
2. VACATES all pending matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:  June 29, 2011**                     /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE

1